UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEMMA RISER,<br><br>                Plaintiff,<br><br>   v.<br><br>CENTRAL PORTFOLIO CONTROL INC. et al.,<br><br>                Defendants. | CASE NO. 3:21-cv-05238-LK<br><br>ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

      Pursuant to the parties' stipulation, Dkt. No. 50, the Court dismisses Defendant Experian Information Solutions, Inc. with prejudice. *See* Fed. R. Civ. P. 41(a). Plaintiff and Experian will bear their own attorney fees and costs.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 3rd day of February, 2022.

                                                  Lauren King
                                                  United States District Judge