UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEMMA RISER, | CASE NO. 3:21-cv-05238-LK |
| Plaintiff, | ORDER |
| v. | |
| CENTRAL PORTFOLIO CONTROL INC. et al., | |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff Gemma Riser's and Defendant Central Portfolio Control, Inc.'s Stipulated Motion to Dismiss Fair Credit Reporting Act Claim Against Central Portfolio Credit, Inc., Dkt. No. 52, and the Court having reviewed and considered that Motion, it is hereby ORDERED that the Motion is GRANTED, and Plaintiff's Fair Credit Reporting Act claim against Defendant Central Portfolio Control, Inc. is DISMISSED with prejudice and without costs or fees to any party.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER - 1

Dated this 15th day of February, 2022.

                                                 *Lauren King*
                                                 Lauren King
                                                 United States District Judge

ORDER - 2