UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEMMA RISER,<br><br>                 Plaintiff,<br>    v.<br><br>CENTRAL PORTFOLIO CONTROL INC. et al.,<br><br>                 Defendants. | CASE NO. 3:21-cv-05238-LK<br><br>ORDER ON REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS |

       This matter comes before the Court on an opinion from the Ninth Circuit Court of Appeals vacating and remanding this Court's order granting Defendant Central Portfolio Control's motion for summary judgment on Plaintiff Gemma Riser's FDCPA claim. Dkt. No. 89; *see also* Dkt. No. 82.

       Now that the mandate has been entered in this case, Dkt. No. 93, the Court ORDERS the parties to file a joint status report no later than December 16, 2024 containing a proposed scheduling order for the remaining deadlines in this case (starting with a settlement conference) that complies with Section I of the Court's Standing Order for All Civil Cases. Standing Order,

ORDER ON REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS - 1

https://www.wawd.uscourts.gov/sites/wawd/files/2024_06_11KingStandingOrderreCivil%20Cases.pdf. Before selecting a trial date for the proposed scheduling order, the parties should contact the Courtroom Deputy at natalie_wood@wawd.uscourts.gov to ensure the selected date is available.

The Court DENIES AS MOOT Riser's Supplemental Motion for Scheduling Order. Dkt. No. 92.

Dated this 2nd day of December, 2024.

Lauren King
United States District Judge

ORDER ON REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS - 2