UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEMMA RISER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL PORTFOLIO CONTROL INC,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-cv-05238-LK<br><br>ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS |

　　　This matter comes before the Court on Plaintiff Gemma Riser's Stipulated Motion to Dismiss Plaintiff's State Law Claims. Dkt. No. 99. For the reasons stated therein, the Court dismisses Riser's state law claims against Defendant Central Portfolio Control Inc. Within 14 days of the date of this Order, Riser shall file an amended complaint dropping her state law claims and reflecting the changes in claims and parties since the operative complaint was filed.

　　　Dated this 19th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　*Lauren King*
　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　United States District Judge