| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GEMMA RISER, | CASE NO. 3:21-cv-05238-LK |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| CENTRAL PORTFOLIO CONTROL INC., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to dismiss with prejudice. Dkt. No. 108. For the reasons stated in the parties' motion, the Court dismisses this action with prejudice and with each party to bear its own costs and attorney's fees. The Clerk of the Court is directed to close the case and strike all pending deadlines from the docket.

Dated this 31st day of January, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER DISMISSING CASE - 1